846 A.2d 590

IN THE MATTER OF EDWARD J. MCKENNA, AN ATTORNEY AT LAW (ATTORNEY NO. 034741990).

April 23, 2004.

ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 and *Rule* 1:20–3(g), recommending that **EDWARD J. McKENNA** of **FREEHOLD**, who was admitted to the bar of this State in 1990, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **EDWARD J. McKENNA** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **EDWARD J. McKEN-NA** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **EDWARD J. McKENNA** be restrained and enjoined from practicing law during the period of his suspension

and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.